

## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Beginning in January 2025, the Defendant, Warren Williams, met with undercover agents with the Drug Enforcement Administration (DEA) and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), who were acting as wholesale purchasers of drugs and firearms. During multiple transactions, the Defendant sold quantities of cocaine, fentanyl, and methamphetamine to the undercover agents. On two occasions, the Defendant sold firearms, including two stolen handguns, and an A/R-style rifle, to the agents. In total, the Defendant distributed over 400 grams of fentanyl, 900 grams of cocaine, and 900 grams of methamphetamine to the undercover agents.

Specifically, on March 18, 2025, the Defendant met the undercover agents at a prearranged location in the District of Maryland. During the meeting, the Defendant sold approximately 180 grams of fentanyl and two stolen handguns to the agents. The Defendant then left and returned to the same location and sold them approximately 109 grams of cocaine. Audio/Video surveillance equipment captured both transactions.

On April 24, 2025, the undercover agents arranged a final purchase of controlled substances from the Defendant. At approximately 10:00 a.m., the Defendant arrived at the pre-arranged location with approximately one kilogram of cocaine and 500 grams of fentanyl to complete the transaction. Investigators arrested the Defendant and seized the controlled substances.

The Defendant admits that he possessed the various controlled substances with the intent to distribute them, including the cocaine on March 18, 2025, which the Defendant did distribute to the undercover agents.

SO STIPULATED:

_____
James Wallner
Assistant United States Attorney

_____
Warren Williams, Defendant

_____
Jessica Sawadogo, Esq.

10