IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. MJM-25-0121 |
| v. : | |
| : | **UNDER SEAL** |
| WARREN WILLIAMS : | |

…o0o…

**MOTION TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM**

The Government requests that the Court order that the attached Sentencing Memorandum, be sealed until further order of the Court, and in support says as follows:

1. The Sentencing Memorandum in the above captioned matter discusses sources, methods of investigation, and privileged information related to the investigation of the defendant.

2. Public disclosure of that document could jeopardize those sources, methods of investigation, and unnecessarily reveal otherwise privileged information.

WHEREFORE, the Government respectfully moves to seal the Sentencing Memorandum, to protect the life and physical safety of the source(s) and prevent jeopardizing investigations.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
James T. Wallner
Assistant United States Attorney

1