# Exhibit A

# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Baltimore City - Criminal** |
| Location: | **Baltimore City Circuit Court** |
| Case Number: | **106033045** |
| Title: | **STATE OF MARYLAND VS CHIQUITA WILLIAMS** |
| Case Type: | **Criminal Indictment** |
| Filing Date: | **02/02/2006** |
| Case Status: | **Closed** |
| Tracking Number(s): | **066007101580** |

### Other Reference Numbers

Central Complaint Number:: **61A04853**

Tracking Number:: **066007101580**

Forwarded to Circuit Court: **5B01752889**

### Defendant Information

#### Defendant

Name: **WILLIAMS, CHIQUITA**
Race: **Black**   Sex: **Female**   Height: **0'0"**   Weight: **0**
HairColor:   EyeColor:
DOB: **09/28/1976**
Address: **2105 DIVISION ST**

| | | | | | |
|---|---|---|---|---|---|
| City: | **BALTIMORE** | State: | **MD** | Zip Code: | **21217** |

## Attorney(s) for the Defendant

Name: **ULLMAN, ROBIN HIRSH**
Appearance Date: **04/04/2006**
Address Line 1: **201 St Paul Place**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

# Involved Parties Information

## Attorney Stricken/Removed

Name: **HARRIS, BENJAMIN A**
Address: **STATES ATTY OFFICE**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

## Plaintiff

Name: **State of Maryland**

## Attorney(s) for the Plaintiff

Name: **PHILLIPS, ALBERT**
Appearance Date: **04/04/2006**
Address Line 1: **120 E BALTIMORE ST #920**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

## Police Officer

Name: **LIVESAY, RICKY**
AgencyName: **Not Defined**

## Attorney Stricken/Removed

Name: **WOODS, RICHARD**
Address: **P.O. BOX 20924**
City: **BALTIMORE**   State: **MD**   Zip Code: **21209**

## Police Officer

Name:		**ROSS, KENNETH**
AgencyName: **Baltimore City Police Department - Set Units**

## Police Officer

Name:		**MOORE, BRYANT**
AgencyName: **BPD-SOUTHEAST DISTRICT**

## Police Officer

Name:		**YOHANNAN, JOSHUA**
AgencyName: **BPD - LABORATORY DIV**

## Police Officer

Name:		**DIEHL, DONALD**
AgencyName: **BPD-NORTHEAST DISTRICT**

## Police Officer

Name:		**BURRUS, TORRAN**
AgencyName: **BPD-SOUTHEAST DISTRICT**

## Co-Defendant

Name: **WILLIAMS, LAKEASHA**

Address: **1426 WILMER CT**

City: **BALTIMORE**    State: **MD**    Zip Code: **21217**

# Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| Hearing - Initial Appearance | 03/10/2006 | 09:30:00 | Glynn, John M. | Baltimore City Circuit Court Conversion Calendar | | Continued |
| Hearing - Adult Drug Court Hearing | 04/04/2006 | 09:30:00 | Welch, Martin P | Baltimore City Circuit Court Conversion Calendar | | Judgment |
| Hearing on Motion | 04/25/2006 | 09:30:00 | HEARD, WANDA KEYES | Baltimore City Circuit Court Conversion Calendar | | Continued |
| Hearing - Adult Drug Court Hearing | 05/30/2006 | 14:00:00 | Welch, Martin P | Baltimore City Circuit Court Conversion Calendar | | Continued |
| Hearing - Adult Drug Court Hearing | 06/06/2006 | 14:00:00 | Welch, Martin P | Baltimore City Circuit Court Conversion Calendar | | Continued |
| Jury Trial - Drug | 06/14/2006 | 09:00:00 | Prevas, John N | Baltimore City Circuit Court Conversion Calendar | | CancelledReason: Cancelled/Vacated |
| Hearing - Adult Drug Court Hearing | 06/27/2006 | 14:00:00 | Welch, Martin P | Baltimore City Circuit Court Conversion Calendar | | Failed to Appear |
| Hearing - Adult Drug Court Hearing | 10/23/2012 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | | Continued |
| Hearing - Adult Drug Court Hearing | 11/05/2012 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | | Continued |
| Hearing - Adult Drug Court Hearing | 11/13/2012 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | | Continued |
| Violation of Probation Hearing | 11/13/2012 | 14:00:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | | Judgment |
| Hearing - Adult Drug Court Hearing | 12/11/2012 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | | Continued |
| Hearing - Adult Drug Court Hearing | 01/15/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | | Continued |
| Hearing - Adult Drug Court Hearing | 02/26/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | | Continued |

| | | | | |
|---|---|---|---|---|
| Hearing - Adult Drug Court Hearing | 03/19/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing - Adult Drug Court Hearing | 04/16/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing - Adult Drug Court Hearing | 05/14/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing on Motion | 06/04/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing - Adult Drug Court Hearing | 06/18/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing - Adult Drug Court Hearing | 07/09/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing - Adult Drug Court Hearing | 08/13/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | CancelledReason: Cancelled/Vacated |
| Hearing - Adult Drug Court Hearing | 09/10/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing - Adult Drug Court Hearing | 09/17/2013 | 09:30:00 | Smith, Paul A., Jr. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing - Adult Drug Court Hearing | 09/24/2013 | 09:30:00 | Smith, Paul A., Jr. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing - Adult Drug Court Hearing | 10/08/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing - Adult Drug Court Hearing | 10/15/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Other - Actions Specified in Events |
| Hearing - Adult Drug Court Hearing | 10/18/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | CancelledReason: Cancelled/Vacated |
| Hearing - Adult Drug Court Hearing | 11/05/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing - Adult Drug Court Hearing | 12/03/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Continued |
| Hearing on Motion | 12/13/2013 | 09:30:00 | Waxter, Thomas J.S. | Baltimore City Circuit Court Conversion Calendar | Request Granted |

# Charge and Disposition Information

Charge No: **3**   CJIS Code: **2C0696**   Statute Code: **CL**
Charge Description: **CDS-MANUF/DISTRIB/DISPENS-NARC-CON**   Charge Class: **Misdemeanor**
**Probable Cause:**

Offense Date From: **01/10/2006**    To:
Agency Name:         **Officer ID:**

### Disposition
Plea:          **Guilty**    Plea Date: **04/04/2006**
Disposition: **Probation After Conviction - Guilty**   Disposition Date: **04/04/2006**

### Sentence
Judge: **Welch, Martin P**

### Jail
Life:              **false**
Death:             **false**
Start Date:        **01/10/2006**
Jail Term:         Yrs: **5**   Mos: **0**   Days: **0**   Hours: **0**
Suspended Term: Yrs: **4**   Mos: **9**   Days: **6**   Hours: **0**

---

Charge No: **6**   CJIS Code: **2C0696**   Statute Code: **CL**
Charge Description: **VIOLATION OF PROB.**   Charge Class: **Misdemeanor**

### Probable Cause:
Offense Date From: **01/10/2006**    To:
Agency Name:         **Officer ID:**

### Disposition
Plea:          **Guilty**    Plea Date: **11/13/2012**
Disposition: **Probation After Conviction - Guilty**   Disposition Date: **11/13/2012**

### Sentence
Judge: **Waxter, Thomas J.S.**

### Jail
Life:              **false**
Death:             **false**
Start Date:        **09/29/2012**
Jail Term:         Yrs: **4**   Mos: **9**   Days: **6**   Hours: **0**
Suspended Term: Yrs: **4**   Mos: **8**   Days: **24**   Hours: **0**

---

### Probation:
Start Date:
Supervised :   **true**   Yrs: **3**   Mos: **0**   Days: **0**   Hours: **0**
UnSupervised : **false**   Yrs:   **Mos:**  **Days:**  **Hours:**

Start Date:
Supervised :        **true**   Yrs: **1**   Mos: **0**   Days: **0**   Hours: **0**
UnSupervised :   **false**   Yrs:   Mos:   Days:   Hours:

# Warrants Information

| Type | Issue | Judge | Last Status | Status Date |
|---|---|---|---|---|
| **Bench Warrant - Failure to Appear** | **06/27/2006** | **Smith, Paul A** | **Warrant Served** | **09/29/2012** |

# Document Information

File Date:         **02/02/2006**
Document Name: **Case Initiation**

File Date:         **02/07/2006**
Document Name: **Commitment Pending Hearing**

File Date:         **03/10/2006**
Document Name: **DCM Track**

File Date:         **03/21/2006**
Document Name: **Attorney Appearance Filed**

File Date:         **03/21/2006**
Document Name: **State's Disclosure/Request for Discovery**

File Date:         **03/21/2006**
Document Name: **State's Disclosure/Request for Discovery**

File Date:         **03/21/2006**
Document Name: **Motion - Joint Trial**

File Date: 03/21/2006
Document Name: **Notice of Plea Bargain Policy**

File Date: 04/04/2006
Document Name: **Case Closed**

File Date: 04/04/2006
Document Name: **Defendant Enrolled in Drug Treatment Program**

File Date: 04/04/2006
Document Name: **Case Status Change to Active**

File Date: 04/04/2006
Document Name: **Defense Attorney Appearance Filed**

File Date: 06/27/2006
Document Name: **Warrant Issued**

File Date: 09/29/2012
Document Name: **Warrant Served**

File Date: 11/13/2012
Document Name: **Violation of Probation**

File Date: 11/13/2012
Document Name: **Case Closed**

File Date: 11/13/2012
Document Name: **Case Status Change to Active**

File Date: 12/13/2013
Document Name: **Defendant Graduated from Drug Treatment Program**

---

File Date: 12/13/2013
Document Name: **Case Closed**

---

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114